# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LATOYA SEALS WEBB,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-0270-CG-B |
| **CUNA MUTUAL GROUP, a/k/a CUNA MUTUAL SOCIETY,** | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

The plaintiff's motion to remand this action to the Circuit Court of Mobile County, Alabama (Doc. 25) is hereby **DENIED**.

**DONE and ORDERED** this 22nd day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE